UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COSIMO MARCANTONIO, individually
and on behalf of all others similarly situated

    Plaintiff,

v.                                                        CASE NO: 8:05-cv-1057-T-23TBM

WALGREENS HEALTH INITIATIVES,
INC.,

    Defendant.
_____/

**ORDER**

       The defendant files a motion (Doc. 4) to dismiss count two. Count two alleges that "individuals similarly situated to Plaintiff" (Doc. 2) are entitled to back overtime under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.* The defendant argues for dismissal of count two because the plaintiff fails to file a consent form. 29 U.S.C. § 216(b). However, the plaintiff's response (Doc. 7) includes his executed consent form (Doc. 7-2). Additionally, the defendant notes that the complaint includes no consent forms from purported class members. Although the FLSA requires an opt-in notice from any potential class member, the complaint (Doc. 2) and the plaintiff's opt-in certification (Doc. 7-2) preclude a motion to dismiss count two at this early stage of the litigation. Accordingly, the motion (Doc. 4) to dismiss count two is **DENIED**.

       ORDERED in Tampa, Florida, on July 13, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE